IN THE UNITED STATES COURT FOR THE

DISTRICT OF PUERTO RICO

United States of America,
        Plantiff/Respondent

v.                                       97CR52-03(DRD)

Alexander Fegueroa Delgado,
        Defendant/Petitioner

---

      Motion letter to court to either reconsider lowering, or completely deleting restitution in above matter due to defendants extreme poverty and inability to pay pursuant to Title 18 U.S.C.§109(a)-110, 110(a) and 113(a) for offenses committed on or after September 13,1994, but before April 23,1996.

---

      Comes now the defendant Alexander F. Delgado, pro-se petitioner. To respectfully ask of this court to reconsider it's order of restitution payment of $3,248.97.

      The reason this petitioner so ask's of this Honorable Court is because this petitioner is without any access from family or friends to pay this restitution. Petitioner also states that as a result of his incarceration he has been unable to ascertain the necessary funds to comply with said restitution order on his amended judgement handed down on February 13,2002. This petitioner also includes his last __1__ year inmate balances from his inmate commissary account. This petitioner would greatly appreciate any reasonable assistance rendered by this Honorable Court in the most considerable and lenient capacity as it see's fit. In closing, this petitioner hereby states and declares that as he's been incarcerated since 1997 on this case, due to his indigent financial state, and the B.O.P. administrative confinements, and frequent transfers from prison to prison. It has been very difficult for this

petitioner to establish and obtain "longevitized" prisons Industry employment in order to appropriately satisfy this Honorable Courts restitution order of $3,248.97. Thank You.

Respectfully Submitted.

*Alexander Figueroa*

# 14534-069

# Inmate Statement



| Inmate Reg #: | 14534069 | Current Institution: | Cumberland FCI |
| --- | --- | --- | --- |
| Inmate Name: | FIGUEROA-DELGADO, ALEXANDER | Housing Unit: | UNIT B |
| Report Date: | 07/26/2006 | Living Quarters: | B07-221U |
| Report Time: | 3:00:39 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CUM | 11/8/2005 5:53:16 PM | ITS1108 | | | Phone Withdrawal | ($1.00) | | $0.30 |
| CUM | 11/7/2005 6:10:19 PM | 70 | | | Sales | ($6.60) | | $1.30 |
| CUM | 11/7/2005 6:10:13 PM | 69 | | | Sales | $0.00 | | $7.90 |
| CUM | 11/7/2005 12:44:55 PM | FIPP1005 | | | Payroll - IPP | $7.56 | | $7.90 |
| CUM | 10/24/2005 5:49:47 PM | 35 | | | Sales | ($2.20) | | $0.34 |
| CUM | 10/21/2005 4:36:27 PM | ITS1021 | | | Phone Withdrawal | ($1.00) | | $2.54 |
| CUM | 10/18/2005 4:33:51 PM | ITS1018 | | | Phone Withdrawal | ($2.00) | | $3.54 |
| CUM | 10/17/2005 6:03:22 PM | 63 | | | Sales | ($39.75) | | $5.54 |
| CUM | 10/17/2005 4:32:24 PM | ITS1017 | | | Phone Withdrawal | ($2.00) | | $45.29 |
| CUM | 10/15/2005 1:16:44 PM | ITS1015 | | | Phone Withdrawal | ($2.00) | | $47.29 |
| CUM | 10/15/2005 12:02:24 PM | ITS1015 | | | Phone Withdrawal | ($1.00) | | $49.29 |
| CUM | 10/15/2005 5:30:36 AM | 70143301 | | | Lockbox - CD | $50.00 | | $50.29 |
| CUM | 10/11/2005 6:51:06 PM | 101 | | | Sales | ($13.85) | | $0.29 |
| CUM | 10/7/2005 4:42:35 PM | ITS1007 | | | Phone Withdrawal | ($1.00) | | $14.14 |
| CUM | 10/7/2005 6:23:28 AM | JV0148 | | | Payroll - IPP | $14.40 | | $15.14 |

1 2

**Total Transactions: 65**

Totals: ($0.54)    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CUM | $0.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.20 |
| Totals: | $0.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.20 |

| | | | | | |
|---|---|---|---|---|---|
| CUM | 2/7/2006 11:38:52 AM | FIPP0106 | Payroll - IPP | $15.36 | $15.50 |
| CUM | 1/26/2006 6:09:32 PM | 74 | Sales | ($24.00) | $0.14 |
| CUM | 1/23/2006 11:30:50 AM | 13 | Sales | ($2.00) | $24.14 |
| CUM | 1/20/2006 7:31:46 PM | ITS0120 | Phone Withdrawal | ($2.00) | $26.14 |
| CUM | 1/20/2006 5:03:15 PM | ITS0120 | Phone Withdrawal | ($2.00) | $28.14 |
| CUM | 1/20/2006 5:15:29 AM | 70149701 | Lockbox - CD | $30.00 | $30.14 |
| CUM | 1/12/2006 5:25:10 PM | 33 | Sales | ($9.55) | $0.14 |
| CUM | 1/9/2006 5:12:24 PM | ITS0109 | Phone Withdrawal | ($1.00) | $9.69 |
| CUM | 1/9/2006 11:30:02 AM | 37 | Sales | ($4.00) | $10.69 |
| CUM | 1/9/2006 7:27:23 AM | FIPP1205 | Payroll - IPP | $14.04 | $14.69 |
| CUM | 12/12/2005 5:31:34 PM | 27 | Sales | ($9.25) | $0.65 |
| CUM | 12/11/2005 1:00:18 PM | ITS1211 | Phone Withdrawal | ($1.00) | $9.90 |
| CUM | 12/9/2005 11:58:59 AM | 88 | Sales | ($2.00) | $10.90 |
| CUM | 12/8/2005 5:59:27 PM | ITS1208 | Phone Withdrawal | ($1.00) | $12.90 |
| CUM | 12/7/2005 11:54:37 AM | 108 | Sales | ($2.00) | $13.90 |
| CUM | 12/7/2005 9:35:05 AM | IS2009 | FRP Quarterly Pymt | $0.00 | $15.90 |
| CUM | 12/7/2005 9:25:16 AM | FIPP1105 | Payroll - IPP | $15.60 | $15.90 |

1 2

Total Transactions: 65                                        Totals:    ($0.54)    $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| CUM | $0.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.20 |
| Totals: | $0.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.20 |

InmateStatementCombined

Page 1 of 2

# Inmate Statement



| Inmate Reg #: | 14534069 | Current Institution: | Cumberland FCI |
| Inmate Name: | FIGUEROA-DELGADO, ALEXANDER | Housing Unit: | UNIT B |
| Report Date: | 07/26/2006 | Living Quarters: | B07-221U |
| Report Time: | 3:00:26 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CUM | 7/11/2006 4:52:41 PM | 10 | | | Sales | ($12.95) | | $0.20 |
| CUM | 7/7/2006 5:58:08 PM | ITS0707 | | | Phone Withdrawal | ($1.00) | | $13.15 |
| CUM | 7/7/2006 7:38:31 AM | FIPP0606 | | | Payroll - IPP | $13.92 | | $14.15 |
| CUM | 6/7/2006 7:01:55 PM | 89 | | | Sales | ($1.30) | | $0.23 |
| CUM | 6/7/2006 8:23:34 AM | IS2052 | | | FRP Quarterly Pymt | ($25.00) | | $1.53 |
| CUM | 6/7/2006 7:47:15 AM | FIPP0506 | | | Payroll - IPP | $12.48 | | $26.53 |
| CUM | 5/15/2006 6:02:21 PM | ITS0515 | | | Phone Withdrawal | ($1.00) | | $14.05 |
| CUM | 5/11/2006 4:41:17 PM | ITS0511 | | | Phone Withdrawal | ($1.00) | | $15.05 |
| CUM | 5/10/2006 6:44:41 PM | 98 | | | Sales | ($35.75) | | $16.05 |
| CUM | 5/8/2006 10:12:28 PM | ITS0508 | | | Phone Withdrawal | ($1.00) | | $51.80 |
| CUM | 5/8/2006 8:45:48 AM | FIPP0406 | | | Payroll - IPP | $15.60 | | $52.80 |
| CUM | 5/7/2006 4:34:57 PM | ITS0507 | | | Phone Withdrawal | ($1.00) | | $37.20 |
| CUM | 5/6/2006 7:17:19 PM | ITS0506 | | | Phone Withdrawal | ($2.00) | | $38.20 |
| CUM | 5/5/2006 5:22:59 AM | 70157101 | | | Lockbox - CD | $40.00 | | $40.20 |
| CUM | 4/12/2006 5:47:51 PM | 53 | | | Sales | ($10.35) | | $0.20 |
| CUM | 4/8/2006 10:55:28 AM | ITS0408 | | | Phone Withdrawal | ($1.00) | | $10.55 |
| CUM | 4/7/2006 9:23:01 PM | ITS0407 | | | Phone Withdrawal | ($1.00) | | $11.55 |
| CUM | 4/7/2006 4:41:48 PM | ITS0407 | | | Phone Withdrawal | ($1.00) | | $12.55 |
| CUM | 4/7/2006 12:00:37 PM | 86 | | | Sales | ($2.65) | | $13.55 |
| CUM | 4/7/2006 7:26:05 AM | FIPP0306 | | | Payroll - IPP | $16.20 | | $16.20 |
| CUM | 3/9/2006 5:51:02 PM | 56 | | | Sales | ($16.95) | | $0.00 |
| CUM | 3/7/2006 7:06:05 AM | IS2026 | | | FRP Quarterly Pymt | $0.00 | | $16.95 |
| CUM | 3/7/2006 6:54:40 AM | FIPP0206 | | | Payroll - IPP | $16.80 | | $16.95 |
| CUM | 2/24/2006 4:37:15 PM | ITS0224 | | | Phone Withdrawal | ($1.00) | | $0.15 |
| CUM | 2/24/2006 12:05:45 PM | 76 | | | Sales | ($2.00) | | $1.15 |
| CUM | 2/23/2006 5:56:03 PM | 58 | | | Sales | ($35.95) | | $3.15 |
| CUM | 2/22/2006 5:51:16 PM | ITS0222 | | | Phone Withdrawal | ($1.00) | | $39.10 |
| CUM | 2/22/2006 5:15:06 AM | 70151901 | | | Lockbox - CD | $40.00 | | $40.10 |
| CUM | 2/10/2006 12:14:58 PM | 111 | | | Sales | ($2.00) | | $0.10 |
| CUM | 2/9/2006 6:52:40 PM | 91 | | | Sales | ($0.85) | | $2.10 |
| CUM | 2/9/2006 6:48:57 PM | 88 | | | Sales | ($9.55) | | $2.95 |
| CUM | 2/7/2006 5:58:00 PM | ITS0207 | | | Phone Withdrawal | ($1.00) | | $12.50 |
| CUM | 2/7/2006 4:57:17 PM | ITS0207 | | | Phone Withdrawal | ($2.00) | | $13.50 |

```
   CUMCS              *      PROGRAM REVIEW REPORT           *     01-18-2006
PAGE 001                                                           10:06:18
```

INSTITUTION: CUM  CUMBERLAND FCI

NAME.......: FIGUEROA-DELGADO, ALEXANDER              REG. NO: 14534-069
RESIDENCE..: APT.266 PONCE, RQ 00731

TYPE OF REVIEW......: INITIAL CLASSIFICATION/PROGRAM REVIEW
NEXT REVIEW DATE....: 7-15-06

PROJ. RELEASE DATE..: 02-24-2019         RELEASE METHOD.: GCT REL
PAROLE HEARING DATE.: NONE               HEARING TYPE...: NONE

DATE OF NEXT CUSTODY REVIEW: 8/6         DETAINERS (Y/N): N

CIM STATUS (Y/N)....: Y         IF YES, RECONCILED (Y/N): Y

PENDING CHARGES.....: none on file

OFFENDER IS SUBJECT TO NOTIFICATION UNDER 18 U.S.C. 4042(B) (Y/N)....: Y
    IF YES - CIRCLE ONE - DRUG TRAFFICKING/CURRENT VIOLENCE/PAST VIOLENCE

| CATEGORY | CURRENT ASSIGNMENT | | EFF DATE | TIME |
|---|---|---|---|---|
| CMA | PROG RPT | NEXT PROGRESS REPORT DUE DATE | 10-28-2006 | 1159 |
| CMA | RPP NEEDS | RELEASE PREP PGM NEEDS | 12-17-1998 | 1238 |
| CMA | V94 CVA913 | V94 CURR VIOL ON/AFTER 91394 | 01-14-1999 | 1550 |
| CUS | IN | IN CUSTODY | 03-12-1997 | 1851 |
| DRG | DRG I RQ C | DRG INTRV REQD: CONTRB TO OFF | 01-06-1999 | 1332 |
| DRG | ED DECL R | DRUG EDUCATION DECLINE-REQD | 01-28-2004 | 1247 |
| EDI | ESL NEED | ESL NEED-SHOULD BE/IS ENROLLED | 04-30-1999 | 1414 |
| EDI | GED EN | ENROLL GED NON-PROMOTABLE | 07-21-2000 | 0001 |
| EDI | GED SAT | GED PROGRESS SATISFACTORY | 09-01-2005 | 1442 |
| FRP | PART | FINANC RESP-PARTICIPATES | 07-22-2003 | 1340 |
| LEV | MEDIUM | SECURITY CLASSIFICATION MEDIUM | 07-20-2004 | 1112 |
| MDS | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-08-2004 | 1513 |
| MDS | YES F/S | CLEARED FOR FOOD SERVICE | 01-08-2004 | 1513 |
| QTR | B07-221L | HOUSE B/RANGE 07/BED 221L | 11-17-2005 | 1228 |
| RLG | MUSLIM | MUSLIM | 03-08-2002 | 1837 |
| WRK | F CCS BARB | CCS BARBER | 07-26-2005 | 0001 |

WORK PERFORMANCE RATING: good

INCIDENT REPORTS SINCE LAST PROGRAM REVIEW: none

FRP PLAN/PROGRESS:   TRUST FUND DEPOSITS PAST 6 MO: $ 154.64/24.14

FRP PAYMENTS PAST 6 MO: $ 0         OBLG BALANCE: $ 3196.97

CURRENT FRP PLAN: $ PART    PAYMENTS COMMENSURATE: YES / / NO ___

25 quarter