**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

```
*** *** *** *** *** *** *** *** ****
UNITED STATES OF AMERICA           *
Plaintiff                          *
                                   *
        v.                         *        Cr. No. 97-0052-003(DRD)
                                   *
ALEXANDER FIGUEROA-DELGADO          *
Defendant                          *
                                   *
*** *** *** *** *** *** *** *** ****
```

**MOTION TO AMEND/CORRECT JUDGMENT**

**TO THE HONORABLE DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO**

COMES NOW, ZULMA BASORA, ASSISTANT DEPUTY CHIEF, U.S. PROBATION

OFFICER OF THIS HONORABLE COURT, and respectfully submits and requests as follows:

On October 28, 1998, the defendant was sentenced after he had pled guilty to counts one and

two of the superseding indictment, charging violations of Title 18, United States Code, Sections

2119(3),  and 924©.  As ordered by the Court, the defendant must make restitution in this case.

However, ever since the original judgment and as reflected on page 4 of the amended judgment

dated February 12, 2002, the name of payee, that is the victim's estate, is incorrect.  It should be

corrected to reflect that Alberto Carmona-Rivera is the name of the payee.

**WHEREFORE**, it is respectfully requested that this Honorable Court order that the judgment be corrected accordingly.

In Hato Rey, Puerto Rico, this 17th day of November, 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

*S/Zulma Basora*
Zulma Basora, Assistant Deputy Chief
U.S. Probation Officer
Federal Office Building
150 Ave Carlos Chardón Rm 400
San Juan PR  00918-1741
787-766-5814
787-281-4940 (Fax)
Zulma_Basora@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on this date, the foregoing motion was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Sonia I. Torres-Pabón, Assistant U.S. Attorney, and Enrique Vélez-Rodríguez, Esq.

At San Juan, Puerto Rico, Puerto Rico, this 17th day of November, 2006.

*S/Zulma Basora*
Zulma Basora, Assistant Deputy Chief
U.S. Probation Officer
Federal Office Building
150 Ave Carlos Chardón Rm 400
San Juan PR  00918-1741
787-766-5814
787-281-4940 (Fax)
Zulma_Basora@prp.uscourts.gov

ZB/