UNITED STATES DISTRICT COURT
PUERTO RICO

UNITED STATES OF AMERICA
    PLAINTIFF,

VS.

Case No. 3:97 CR 052-003 (DRD)

ALEXANDER FIGUEROA-DELGADO
    DEFENDANT.

MOTION OF INQUIRY TO DISTRICT COURT

    NOW COMES the Defendant, Alexander Figueroa-Delgado, in pro se, to inquire of this Honorable Courts disposition of Defendants motion filed in pro se in this Court in April 2006 for the Court to reconsider and or withdraw its imposition of thre fine of $3,248.97 because of this Defendants indigency and inability to pay said fine.

    Defendant was sentenced on October 28, 1998 to more than twenty-five (25) years imprisonment for violating statute 18 USC 2119(3) & 3 in the offense of aiding and abetting carjacking that resulted in death.

    Please refer back to this Defendant with a copy of the Docket sheet in this matter, and any other information that may be assisting in resolving this inquiry factually, and appropriately.

Date: June 26, 2006

Respectfully submitted,

*Alexander Figueroa Delgado*

Alexander Figueroa-Delgado
Reg.No. #14534-069
FCI Butner -2-
P.O. Box 1500
Butner, NC 27509

## CERTIFICATE OF SERVICE

---

    I, Alexander Figueroa-Delgado, coming in pro-se, defendant, do hereby affirm that I mailed two (2) copies of this Motion Of Inquiry for disposition and status of motion to withdraw judgement of imposition of fine that was filed in April 2006, on this __26__ day of June, 2007 to the Honorable Judge Dominguez, United States Courthouse, Federal Building, 150 Carlos Chardon Avenue, Puerto Rico 00918-1767.

                                                    Respectfully submitted,

                                                    *Alexander Figueroa-Delgado* (signature)

                                                    Alexander Figueroa-Delgado  
                                                    Reg.No. # 14534-069  
                                                    FCI Butner -2-  
                                                    P.O. Box 1500  
                                                    Butner, NC 27509